**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-03259-DDD-NRN

OLGA MARGUL,
KELLI JO CLAXTON,
HENRY YEH,
COLIN SMITH,
ROD GENDRON, and
KAYLA MORRIS,
individually and on behalf of all similarly situated persons,

Plaintiffs,

v.

EVOLVE BANK & TRUST, an Arkansas bank;
EVOLVE BANCORP, INC., an Arkansas limited liability company;
AMG NATIONAL TRUST, a Colorado bank;
LINEAGE BANK, a Tennessee bank; and
AMERICAN BANK, Inc. a Pennsylvania bank,

Defendants.

---

**DEFENDANT AMG NATIONAL TRUST'S**
**OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE**

---

After filing five separate lawsuits with identical claims and allegations against identical defendants in this forum, Plaintiffs move to strike AMG's motions to dismiss in the name of judicial efficiency. To be clear, AMG ***agrees*** these cases[1] should be consolidated, which is why AMG undertook the effort of conferring with all parties and filing such a motion to help alleviate the procedural morass that Plaintiffs' serial filings created. (*See* ECF No. 53.) That said, as the cases stand now, these cases remain separately filed lawsuits with separate deadlines and case obligations. AMG appropriately moved to dismiss them by its deadline to do so. Rather than strike appropriately filed motions to dismiss, or stay (and further delay) resolution of them, the most efficient course is for Plaintiffs to file a consolidated opposition. That is why AMG offered Plaintiffs a reasonable extension of the opposition deadline during conferral, which would give Plaintiffs time to prepare a consolidated opposition or prepare the consolidated Complaint they say they intend to seek leave to file. There is no basis for striking or staying AMG's motions.

***First***, AMG's motions to dismiss do not contain any "redundant, immaterial, impertinent, or scandalous matter," and Plaintiffs identify none. *See* Fed. R. Civ. P. 12(f). Besides having no basis to strike AMG's motions, "Rule 12(f) is not the appropriate method to respond to a Motion to Dismiss" in any event. *See O'Rourke v. Dominion Voting Sys.*, No. 20-cv-03747-NRN, 2021 WL 5548134, at *2 (D. Colo. Apr. 7, 2021).

---

[1] *Margul et al. v. Evolve Bank & Trust et al.*, No. 24-cv-3259-DDD-NRN; *Miller v. Evolve Bank & Trust et al.*, No. 24-cv-03261-SBP; *Saquin et al. v. Evolve Bank & Trust et al.*, No. 24-cv-03262-SBP; *Tonner v. Evolve Bank & Trust et al.*, Case No. 24-cv-03509-NRN; *Espinola v. Evolve Bank & Trust et al.*, No. 25-cv-00075-KAS. AMG has not yet moved to dismiss *Espinola*, the latest-filed case.

***Second***, staying all responsive pleading deadlines is unnecessary. As discussed above, AMG filed separate motions to dismiss in response to Plaintiffs' separately filed lawsuits. The motions themselves are largely identical, with some substantive differences depending on the potentially relevant state laws at issue. And even then, AMG included a detailed Appendix outlining all potentially applicable laws. It is not only possible, but reasonable, for Plaintiffs to file a consolidated opposition, as AMG suggested, which a single court (assuming consolidation) can then address. AMG would also consent to an extension of Plaintiffs' deadline to do so. But striking AMG's motions to dismiss, or staying Plaintiffs' response deadline indefinitely, only undermines the efficient resolution of the issues raised by AMG's motions to dismiss that properly responded to Plaintiffs' serial lawsuits.

For these reasons, AMG respectfully requests that the Court deny Plaintiffs' Motion to Strike.

Dated: February 7, 2025

Respectfully submitted,

s/ *Eric L. Robertson*

Hugh Q. Gottschalk
Eric L. Robertson
Iva Velickovic
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, Colorado 80202
Phone: 303.244.1800
Fax: 303.244.1879
Email: gottschalk@wtotrial.com
robertson@wtotrial.com
velickovic@wtotrial.com

*Attorneys for Defendant AMG National Trust*

**CERTIFICATE OF SERVICE (CM/ECF)**

I certify that on February 7, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Eric L. Robertson*