**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03259-DDD-NRN

OLGA MARGUL, KELLI JO CLAXTON,
HENRY YEH, COLIN SMITH, ROD
GENDRON, and KAYLA MORRIS, individually
and on behalf of all similarly situated persons,

Plaintiffs,

v.

EVOLVE BANK & TRUST, an Arkansas bank;
EVOLVE BANCORP, INC., an Arkansas limited
liability company; AMG NATIONAL TRUST, a
Colorado bank; LINEAGE BANK, a Tennessee
bank; and AMERICAN BANK, N.A. an Iowa
bank,

Defendants.

---

**ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD
COUNSEL UNDER FED. R. CIV. P. 23(g)(3) (ECF No. 55)**

---

This matter comes before the Court on Plaintiffs' Motion to Appoint Interim Co-Lead

Counsel (ECF No. 55). The Court, being fully advised and for good cause shown, hereby

**GRANTS** the Motion.

Accordingly, the Court **ORDERS** as follows:

**A.      Appointments to Interim Counsel Leadership Structure.**

**1.      Plaintiffs' Interim Co-Lead Counsel**

The Court appoints Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman,

PLLC, M. Anderson Berry of Clayeo C. Arnold, a Professional Corporation, and J. Gerard Stranch,

IV of Stranch, Jennings & Garvey, PLLC as Interim Co-Lead Counsel. Interim Co-Lead Counsel

must assume responsibility for the following duties during all phases of this litigation:

a)      Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings, including organizing and supervising the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

b)      Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

c)      Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

d)      Determining (after consultation with other co-counsel as may be appropriate) and presenting (in briefs, oral argument, or such other fashion as he or his designee may deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

e)      Serving as the primary contact for all communications between Plaintiffs and Defendants, and acting as spokespersons for all Plaintiffs vis-à-vis Defendants and the Court;

f)      Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g)      Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking for Plaintiffs at all such hearings and conferences;

h)      Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

i)      Initiating and conducting discussions and negotiations with counsel for Defendants on all matters, including settlement;

j)      Negotiating and entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

k)      Initiating, coordinating, and conducting all discovery on Plaintiffs' behalf and ensuring its efficiency;

l)      Selecting, consulting with, and employing experts for Plaintiffs, as necessary;

m)      Encouraging and enforcing efficiency among all Plaintiffs' counsel;

n)      Assessing Plaintiffs' counsel for the costs of the litigation;

o)      Preparing and distributing periodic status reports to the Court and to the parties as ordered;

p)      Developing and recommending for Court approval practices and procedures pertaining to attorneys' fees and expenses as further detailed below and, on an ongoing basis, monitoring and administering such procedures. At such time as may be appropriate, Co-Lead Counsel also will recommend apportionment and allocation of fees and expenses subject to Court approval; and,

q)      Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

**B.      Additional Matters**

**1.      Settlement Discussions**

Any discussions of a settlement of this litigation shall be conducted by Interim Co-Lead Counsel and any counsel designated by Interim Co-Lead Counsel.

**2.      Consolidated Amended Complaint**

Plaintiffs shall file a Consolidated Amended Class Action Complaint no later than thirty (30) days following entry of the consolidation of the Related Actions[1], which shall be

---

[1] The "Related Actions" are (1) *Margul et al. v. Evolve Bank & Trust et al.*, Case No. 1:24-cv-3259-DDD-NRN; (2) *Miller v. Evolve Bank & Trust et al.*, Case No. 1:24-cv-03261-SBP; (3) *Saquin v. Evolve Bank & Trust et al.*, Case No. 1:24-cv-03262-SBP; (4) *Tonner v. Evolve Bank*

3

the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Actions.

### 3. Proposed Agendas

In advance of each status conference, Interim Co-Lead Counsel and Defendants' Counsel will meet and confer regarding the agenda for the conference. Unless otherwise ordered, Interim Co-Lead Counsel and Defendants' counsel will file a joint notice setting out the proposed agenda and the parties' joint and/or respective positions no later than five calendar days prior to each status conference.

### 4. Application of this Order

This Order applies to all Related Actions and all subsequently consolidated actions.

Interim Co-Lead Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in each related action not yet consolidated in this proceeding to the extent that Interim Co-Lead Counsel is aware of any such action(s) and on all attorneys for Plaintiffs whose cases have been so consolidated but who have not yet registered for ECF.

**IT IS SO ORDERED.**

Dated: February 18, 2025       BY THE COURT:

N. Reid Neureiter
United States Magistrate Judge

---

& *Trust et al.*, Case No. 1:24-cv-03509-NRN; and (5) *Espinola v. Evolve Bank & Trust et al.*, Case No. 1:25-cv-00075-KAS.