**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03259-DDD-NRN

OLGA MARGUL, KELLI JO CLAXTON, HENRY YEH, COLIN SMITH, ROD GENDRON, and KAYLA MORRIS, individually and on behalf of all similarly situated persons,

Plaintiffs,

v.

EVOLVE BANK & TRUST, an Arkansas bank; EVOLVE BANCORP, INC., an Arkansas limited liability company; AMG NATIONAL TRUST, a Colorado bank; LINEAGE BANK, a Tennessee bank,

Defendants.

---

**DEFENDANT LINEAGE BANK'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO STAY**

---

Defendant Lineage Bank ("Lineage"), by and through its undersigned counsel, hereby submits this Second *Unopposed* Motion for Extension to Time to its File Reply Memorandum in Further Support of its Motion for Stay of Discovery and Disclosures ("Reply") to Plaintiffs Olga Margul, Kelli Jo Claxton, Henry Yeh, Colin Smith, Rod Gendron, Kayla Morris, Timothy Miller, Dawn Saquin, Imene Haddad, Daniel Brewer, Paul Tonner, and Cory Espinola ("Plaintiffs"), Defendant AMG National Trust ("AMG") and Defendant Evolve Bank & Trust's ("Evolve") Oppositions to Lineage's Motion for Stay of Discovery and Disclosures. Lineage requests up to

and including April 21, 2025 to file its Consolidated Reply. In support hereof, Lineage states as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Lineage certifies that he has conferred in good faith with all parties' counsel. The parties do not oppose the relief requested herein.

1. Per the February 18, 2025 Courtroom Minutes, the Scheduling Conference/Motion Hearing in this matter is set for May 7, 2025 at 2:00 pm MST. [Doc No. 63].
2. On March 17, 2025, Lineage filed its Motion to Stay Discovery and Disclosures. [Doc No. 73].
3. On March 27, 2025, AMG filed its Combined Response to American Bank's and Lineage's Motions to Stay. [Doc No. 75]. AMG agreed to an extension of the current deadline for Lineage to file its Reply of April 10, 2025 to April 21, 2025.
4. On April 1, 2025, Evolve Bank & Trust ("Evolve") filed its Opposition to Lineage's Motion to Stay. [Doc No. 77]. The current deadline for Lineage to file its Reply Memorandum in Further Support of its Motion to Stay to Evolve's Opposition is April 15, 2025.
5. On April 7, 2025, Plaintiffs filed their Opposition to Lineage's Motion to Stay. [Doc No. 81]. The current deadline for Lineage to file its Reply Memorandum in Further Support of its Motion to Stay to Plaintiffs' Opposition is April 21, 2025.
6. The extension of time, up to and including April 21, 2025, for Lineage to file its Consolidated Reply will not prejudice the parties or affect the parties' other deadlines. Lineage intends to file one consolidated Reply to all three (3) Oppositions.

7. Pursuant to D.C.Colo.LCivR 6.1(b), the undersigned counsel states that the Court has granted zero total previous extensions of time for Lineage to file its Consolidated Reply.

8. This motion is not intended for delay but to allow counsel time to prepare a well-reasoned consolidated reply.

9. A copy of this Motion shall be served by counsel via email on Defendant, contemporaneously with filing pursuant to D.C.Colo.LCivR 6.1(c).

WHEREFORE, Lineage, respectfully moves this court for an extension of time up to and including April 21, 2025 for Lineage to file its Consolidated Reply Memorandum in Further Support of its Motion to Stay to Plaintiffs, Evolve, and AMG's Oppositions to Lineage's Motion for Stay of Discovery and Disclosures.

Dated: April 11, 2025

Respectfully submitted,
LINEAGE BANK, N.A.

*/s/ Derek C. Anderson*

Derek C. Anderson, Esq.
Winget, Spadafora & Schwartzberg, LLP
2440 Junction Place, Suite 102
Boulder, CO 80301
T: (720) 699-1800
F: (720) 699-1801
Email: anderson.d@wssllp.com
*Attorney for Defendant Lineage Bank*

**CERTIFICATE OF SERVICE**

I, Derek C. Anderson, certify that on this 11th day of April, 2025, the foregoing *Defendant Lineage Bank's Unopposed Motion for Extension of Time to File its Consolidated Reply Memorandum in Further Support of Motion to Stay* was served via electronic mail to all parties who have entered an appearance in this case.

*/s/ Derek C. Anderson*
Derek C. Anderson

Alexander E. Wolf, Esq.
Gary Michael Klinger, Esq.
Milberg Coleman Bryson Phillips Grossman PLLC
5528 Shadow Crest Street
Houston, TX 77096
T: 872-365-7060
F: 865-522-0049
Email: awolf@milberg.com
Email: gklinger@milberg.com
*Attorneys for Plaintiffs Olga Margul, Kelli Jo Claxton, Henry Yeh, Colin Smith, Rod Gendron, and Kayla Morris*

James Gerard Stranch, IV, Esq.
Stranch Jennings & Garvey PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
T: 615-254-8801
F: 615-250-3937
Email: gstranch@stranchlaw.com
*Attorney for Plaintiffs Olga Margul, Kelli Jo Claxton, Henry Yeh, Colin Smith, Rod Gendron, and Kayla Morris*

Dylan J. Gould, Esq.
Spencer D. Campbell, Esq.
Terence Richard Coates, Esq.
Markovits Stock & De Marco, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
T: 513-651-3700
F: 513-665-0219
Email: dgould@msdlegal.com
Email: scampbell@msdlegal.com
Email: tcoates@msdlegal.com
*Attorneys for Plaintiff Paul Tonner*

Andrew John Shamis, Esq.
Shamis & Gentile, P.A.
14 North East 1st Avenue, Suite 705
Miami, FL 33132
T: 305-479-2299
F: 786-623-0915
Email: ashamis@shamisgentile.com
*Attorney for Plaintiff Corey Espinola*

M. Anderson Berry, Esq.
Clayeo C. Arnold, A Professional Corporation
865 Howe Avenue
Sacramento, CA 95825
T: 916-777-7777
Email: aberry@Justice4you.com
*Attorney for Plaintiffs Dawn Saquin, Imene Haddad, Kayla Morris, Rod Gendron, Colin Smith, Henry Yeh, Kelli Jo Claxton, Olga Margul and Daniel Brewer*

Jeff Ostrow, Esq.
Kopelowitz Ostrow P.A.
One West Las Olas Boulevard
Suite 500
Fort Lauderdale, FL 33301
T: 954-525-4100
F: 954-525-4300
Email: ostrow@kolawyers.com
*Attorney for Plaintiff Timothy Miller*

Amisha R. Patel, Esq.
Aravind Swaminathan, Esq.
Diana S. Fassbender, Esq.
Marc R. Shapiro, Esq.
Orrick Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
T: 202-349-800
Fax: 202-349-8080
Email: apatel@orrick.com
Email: aswaminathan@orrick.com
Email: dszego@orrick.com
Email: mrshapiro@orrick.com
*Attorneys for Evolve Bank & Trust and Evolve Bancorp, Inc.*

Eric Lindsay Robertson, Esq.
Hugh Q. Gottschalk, Esq.
Iva Velickovic, Esq.
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
Phone: 303-244-1800
Fax: 303-244-1879
Email: Robertson@wtotrial.com
Email: gottschalk@wtotrial.com
Email: velickovic@wtotrial.com
*Attorneys for AMG National Trust*