**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Lead Civil Action No. 1:24-cv-03259-DDD-NRN

*Consolidated with* 1:24-cv-03261-SBP; 1:24-cv-03262-SBP; 1:24-cv-03509-NRN; and 1:25-cv-00075-KAS

OLGA MARGUL, KELLI JO CLAXTON, HENRY YEH, COLIN SMITH, ROD GENDRON, KAYLA MORRIS, TIMOTHY MILLER, DAWN SAQUIN, IMENE HADDAD, DANIEL BREWER, PAUL TONNER, CORY ESPINOLA, STEPHANIE IZQUIETA, KATHERINE MAUL, RICHARD TODD HALE, AND ALFRED ROTIMI, individually and on behalf of all similarly situated persons,

Plaintiffs,

v.

EVOLVE BANK & TRUST, an Arkansas bank; AMG NATIONAL TRUST BANK, a Colorado bank; LINEAGE BANK, a Tennessee bank,

Defendants.

---

**NOTICE OF FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO LOCAL RULE 15.1**

---

PLEASE TAKE NOTICE that on June 25, 2025, Plaintiffs Olga Margul, Kelli Jo Claxton, Henry Yeh, Colin Smith, Rod Gendron, Kayla Morris, Timothy Miller, Dawn Saquin, Imene Haddad, Daniel Brewer, Paul Tonner, Cory Espinola, Stephanie Izquieta, Katherine Maul, Richard Todd Hale, and Alfred Rotimi (collectively, "Plaintiffs") filed their First Amended Consolidated Class Action Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1).[1] In accordance with the requirements of Local Rule 15.1, a copy of Plaintiffs' amended pleading indicating additions and deletions is attached as **Exhibit A**.

Dated: June 25, 2025

*<u>/s/ M. Anderson Berry</u>*
M. Anderson Berry
Gregory Haroutunian
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 239-4778
Fax: (916) 924-1829
*aberry@justice4you.com*
*gharoutunian@justice4you.com*

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

[1] Plaintiffs conferred with Defendants and agreed this pleading constitutes their amendment as of right under Rule 15(a)(1). In an abundance of caution, Plaintiffs also secured Defendants' consent to file the amended pleading.

J. Gerard Stranch, IV
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
*gstranch@stranchlaw.com*

*Interim Co-Lead Counsel*