# Cisco Meeting App Instructions

# Judge Neureiter

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

  https://meet.uc.uscourts.gov/meeting/220221178?secret=hrBeyTsSP17c7qxBFktjLQ

  **Note: Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

  2221100@uc.uscourts.gov Meeting ID- 220221178#

- For Audio Only:

  - Phone: 571-353-2301, then enter 220221178

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

**Family Member/Public/Media "listen" to hearing:**

571-353-2301
Meeting ID: 841686937#